✎JS 45 (5/97) - (Revised U.S.D.C. MA 9/29/2023)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** HSI/USPIS

**City** Waltham
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  25-mj-3335-JDH
Search Warrant Case Number  25-mj-3039-JDH; 25-mj-3051-JDH
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: Christopher Barr    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____
Address: 4 Sprague Street, Cumberland, RI 02864
Birth date (Yr only): 1991   SSN (last 4#): 4940   Sex: M   Race: _____   Nationality: U.S.

**Defense Counsel if known:** _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Brian J. Sullivan   Bar Number if applicable: 676186

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** At large

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment
**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony Three

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/5/2025    Signature of AUSA: /s/ Brian J. Sullivan

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Christopher Barr

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Distribution and Possession with Intent to Distribute Controlled Substances | 1-3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**